UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOYLE MIMS,

    Plaintiff,

v.

JOHN DAVIDS, et al.,

    Defendants.

_____/

Case No. 1:22-cv-232

HON. JANE M. BECKERING

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Davids, Bonn, Luther, and Simon filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 28). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 42) on December 14, 2022, recommending that this Court grant Defendants' motion for summary judgment and dismiss this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 42) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Davids, Bonn, Luther, and Simon's Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 28) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections to the Report and Recommendation.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

     A Judgment will be entered consistent with this Order.

Dated: January 12, 2023                                           /s/ Jane M. Beckering
                                                                                         JANE M. BECKERING
                                                                                         United States District Judge